IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEITH CRONIN                                                                                        PLAINTIFF

v.                                        NO. 3:15-cv-00305 PSH

CAROLYN W. COLVIN, Acting Commissioner                               DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Keith Cronin. The final decision of the Acting Commissioner of the Social Security Administration is reversed, and this proceeding is remanded pursuant to "sentence four."

IT IS SO ORDERED this 2nd day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE